# EXHIBIT D

TRANSFER OF JURISDICTION



Office of the Commissioners of the
District of Columbia
Washington, D. C.
August 1, 1958

In accordance with Public Act No. 143, approved May 20, 1932, we hereby transfer to the jurisdiction of General Services Administration, the area shown hereon in cross-hatched lines.
By order of the Board of Commissioners of the District of Columbia:

(signed) C. M. Thornett
Secretary to the Board

General Services Administration
Washington, D. C.
December 24, 1958

In accordance with Public Act No. 143, approved May 20, 1932, I hereby accept the transfer of jurisdiction shown hereon in cross-hatched lines from the Commissioners of the District of Columbia and I hereby transfer to the jurisdiction of the Commissioners of the District of Columbia the area shown hereon in hatched lines.

(signed) Franklin Floete
Administrator

Office of the Commissioners of the
District of Columbia
Washington, D. C.
January 5, 1959

In accordance with Public Act No. 143, approved May 20, 1932, the transfer of jurisdiction offered hereon in hatched lines is hereby accepted.
By order of the Board of Commissioners of the District of Columbia:

(signed) C. M. Thornett
Secretary to the Board

National Capital Planning Commission
Washington, D. C.
September 4, 1958

In accordance with Public Act No. 143, approved May 20, 1932, and Public Act No. 592, approved July 19, 1952.
Recommended by vote of Commission.

(signed) Harland Bartholomew
Chairman

Office of the Surveyor of the
District of Columbia
Washington, D. C.

I certify that

_____
Surveyor, D. C.

Scale: 1 inch=100 feet
Recorded at 2:46 P.M. Jan. 6, 1959
County Subs. "Irving Street"
C.P.G.